UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDRE CAINE, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-02046 |
| WELLS FARGO BANK, N.A., *et al*, | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation Granting Defendants' Motions to Dismiss (Doc. #38), filed on June 8, 2018 (Doc. #60). The time for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See Cruz v. Colvin*, No. 7:14-CV-780, 2016 WL 728182, at *1 (S.D. Tex. Feb. 24, 2016). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, Plaintiff's Third Amended Complaint is DISMISSED with prejudice. Plaintiff shall not be given another opportunity to amend.

It is so ORDERED.

JUN 2 8 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge